IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILL HOUDA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-1418-D |
| VS. | § | |
| | § | |
| JUPITER CHEVROLET, | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the November 9, 2006 findings, conclusions, and recommendations of the magistrate judge, the court concludes that the conclusions are correct. It is therefore ordered that the conclusions and recommendation of the magistrate judge are adopted, and defendant Jupiter Chevrolet's May 5, 2006 motion for summary judgment is denied.

**SO ORDERED**.

December 7, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE